UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK EDGARDO SANTOS ALVARDO,<br>Petitioner,<br>v.<br>TODD BLANCHE, et al.,<br>Respondents. | Case No. CV 5:26-03853 RAO<br><br>JUDGMENT |

Pursuant to the Order Denying Petition,

IT IS ADJUDGED that the Petition is denied and this action is closed.

DATED: July 31, 2026

/s/

ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE